

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-26-00167-CR

BRITTANY GONZALES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2021-423,237, Counts I & II; Honorable William R. Eichman II, Presiding

August 10, 2026

MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Brittany Gonzales, was indicted on two counts of manslaughter.[1] The trial court placed Appellant on deferred adjudication community supervision for a term of five years on Count I. On Count II, the trial court convicted her of manslaughter and sentenced her to two years of confinement, to run concurrently with the term of deferred adjudication community supervision imposed on Count I. Appellant filed this appeal. Now

---

[1] *See* TEX. PENAL CODE § 19.04.

pending before the Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion is signed by both Appellant and her attorney. Because no decision of the Court has been issued, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained, and the Court's mandate will issue forthwith.

Per Curiam

Do not publish.